IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In The Matter of the Complaint Against

Jaclyn Lemelin

M.J./Court No. 18-mj-3168-KAR

MOTION TO SEAL

The United States of America respectfully moves this Court to seal the complaint, complaint affidavit, and all related paperwork until further order of this Court. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case.

The United States further moves, pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: _/s/ Alex J. Grant_________
ALEX J. GRANT
Assistant U.S. Attorney

Date: December 3, 2018