FILED
IN CLERKS OFFICE
2018 DEC -6 AM 9:05
U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In The Matter of the Complaint Against

Jaclyn Lemelin

M.J./Court No. 18-mj-3168-KAR

## MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the complaint, complaint affidavit, and all related paperwork only to the extent of allowing these materials to be given to defense counsel. In support of this motion, the government states that the defendant has been arrested but that a co-conspirator remains a fugitive.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: _/s/ Alex J. Grant_________
ALEX J. GRANT
Assistant U.S. Attorney

Date: December 6, 2018