FILED
IN CLERKS OFFICE
2018 DEC 20 PM 12: 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 18-mj-03168-KAR |
| | ) | |
| v. | ) | |
| | ) | |
| VIRGINIA MALDONADO | ) | |

AFFIDAVIT IN SUPPORT OF MOTION FOR DETENTION

I, Lieutenant Tara L. Kelliher, Hampden County Sheriff's Department assigned to Officer Homeland Security Investigation as a Task Force Officer, under the penalty of perjury, state the following:

1. I am a Lieutenant with the Hampden County Sheriff's Department and I am currently assigned to Homeland Security Investigations (HSI) as a Task Force Officer. I have been employed with the Sheriff's Department since April 2000 and have been a Task Force Officer (TFO) since June 2017, and as such, I have received formal training in identifying and investigating violations of states and federal law to include human trafficking and narcotics trafficking. I have written and/or participated in the execution of numerous state and federal search warrants. I have participated in all aspects of human trafficking and narcotics investigations including conducting surveillance, executing searches pursuant to court-ordered search warrants, executing arrests, and participating in court- authorized Title III wiretaps of cellular phones.

2. The HSI, Resident Agent is Charge (RAC) Springfield office is currently investigation William Coleman, Virginia MALDONADO ("MALDONADO") and other individuals associated with Coleman and MALDONADO for the following offenses: 18 U.S.C. §§ 1591, 1952, 2421, and 2422; Sex Trafficking, Interstate Travel in Aid of Racketeering Enterprise, Transportation for Prostitution, Inducing Travel for Prostitution.

3. I submit this affidavit in support of the government's motion for the pretrial detention of VIRGINIA MALDONADO.

4. On October 24, 2018, three children, Glorianni Santana, Tye Santana and Lance Coleman, belonging to Virginia MALDONADO were removed per The Department of Children and Families (DCF). On October 25, 2018, Lance Coleman was placed in foster care and remains in foster as of December 19, 2018. On October 25, 2018, Tye Santana and Glorianni Santana were placed in temporary custody of their father Hernan Santana, 38 Leland Drive, Springfield, MA. All future contact between Virginia MALDONADO and her children must be supervised per DCF.

5. While reviewing Facebook messages between Coleman (the father of Lance) and Hernan (the father of Tye and Glorianni) there is correspondence between them regarding Virginia MALDONADO not being able to care for the children.

6. On September 1, 2018, Santana and Coleman communicate back and forth on Facebook stating, "she's a mess." They talk about Tye not going to school and Coleman writes, "I had my other homegirl go over there knocking on the door at 8:15 she finally answered at 8:40." "I do what I can when I'm around she just lazy." Santana responds, "Damn there gonna fail then for missing so many days im telling u."

7. On January 30, 2018 Coleman communicated with Santana on Facebook about purchasing narcotics. Coleman stated to Santana "Ok… I'll tell Jinnie give it all to u." (Jinnie is a nickname for Virginia MALDONADO). Hernan responded, "Ok im gonna grab what I can I been telling jinnie since early dude bounced on me already so don't know what he left." Coleman responded, "time the girl got to the house it was time to get the kids ready for school. I got in at 4 toad Genie after the last play of this girl to go see you which should have been around

6. Genie knows how to work the Lewis I've been showing her she knows how to cut it and break it down she needs to lose the PAX is not going to last her." Hernan stated "Bro I told you to let me know what u would bag up cuz jinnie gonna crash if I give her the loose like that she doesn't know how to play with that".

8. On March 12, 2018, Coleman was communicating with Santana on Facebook. They communicated back and forth about the fact that neither of them know where MALDONADO and the kids are. Coleman states "Going to find her high ass."

9. On March 13, 2018, Coleman was communicating with Santana on Facebook. Coleman stated, "Brown [referring to heroin] gotta get out of her system." Hernan stated, "Ok I got suboxones." Coleman stated, "I just told her to check her phone. Yea I'm here.. that pill is 90 percent outta her system… I had Lance last night."

10. On March 30, 2018, Coleman was communicating with Santana on Facebook. Coleman stated "you got those subs.. I got the comfort meds for jinnie." A picture of prescription bottles labeled Gabapentin and Clonidine with the name Shannon Roberts was sent from Coleman to Santana.

11. On May 10, 2018 a phone call took place between William Coleman and Shannon Roberts while Coleman was incarcerated in Connecticut. Roberts stated that she only stayed there with MALDONADO as long as she did cause of BoBo and that it was heart breaking because Lance needed his diaper changed. Roberts said that Lance was calling to MALDONADO to wake up and asking whether his mother was OK. Roberts said she had to guide MALDONADO to help Lance, that he only ate because Roberts or MALDONADO'S sister was there and that MALDONADO was bent over shaking. Roberts stated that MALDONADO'S sister was under the impression that MALDONADO was getting clean and

MALDONADO'S sister was giving her ultimatums. Coleman asked Roberts if all the work (drugs) was gone and Roberts said "yes," but Roberts added that MALDONADO had messaged her yesterday and said she had something.

12. Information obtained throughout this investigation indicates that Lance has been left on numerous occasions in the care of two individuals who have been confirmed as suffering from drug addiction and working as commercial sex workers.

Tara Kelliher

December 20, 2018